**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**October 31, 2023**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

CARLIE SHERMAN; ANNA GOZUN; AMANDA NASH, on behalf of themselves and all similarly situated persons,

Plaintiffs - Appellants,

v.

TRINITY TEEN SOLUTIONS, INC., a Wyoming corporation; ANGELA C. WOODWARD; JERRY D. WOODWARD; KARA WOODWARD; KYLE WOODWARD; DALLY-UP, LLC, a Wyoming limited liability company,

Defendants - Appellees.

------------------------------

UNITED STATES OF AMERICA,

Amicus Curiae.

No. 22-8080
(D.C. No. 2:20-CV-00215-SWS)
(D. Wyo.)

---

**JUDGMENT**

---

Before **PHILLIPS**, **BALDOCK**, and **McHUGH**, Circuit Judges.

---

This case originated in the District of Wyoming and was argued by counsel.

The judgment of that court is vacated.

The case is remanded to the United States District Court for the District of Wyoming for further proceedings in accordance with the opinion of this court.

Entered for the Court



CHRISTOPHER M. WOLPERT, Clerk